# WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>KEVIN AYERS | DOCKET NO. 07 CR 307 | MAGIS NO. |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>KEVIN AYERS | |

WARRANT ISSUED ON THE BASIS OF:
- [x] Order of Court
- [ ] Information
- [ ] Indictment
- [ ] Complaint

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

COUNT (1) - 21:841(a)(1) and 841(b)(1)(A)(iii); NARCOTICS - POSSESSION; Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base    AND

COUNT (2) - 22 DC Code 2601(a)(2); ESCAPE; Escape from an Officer.

FILED
MAR 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN VIOLATION OF: UNITED STATES CODE TITLE & SECTION

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE |
|---|---|
| HELD WITHOUT BOND | NONE |

| ORDERED BY: | JUDGE/MAGISTRATE JUDGE | DATE ISSUED |
|---|---|---|
| HENRY H. KENNEDY, JR. | HENRY H. KENNEDY, JR. | 12/7/07 |

| CLERK OF COURT: | BY DEPUTY CLERK | DATE |
|---|---|---|
| Nancy Mayer-Whittington | | 12/7/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>03/4/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>03/4/08 | | |