UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-307 (HHK)** |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN AYERS,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Charles Neil Floyd , hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar. No: 498610


_____/s/_____
CHARLES NEIL FLOYD
Assistant United States Attorney
Federal Major Crimes, Bar No. 97-219
555 4th Street, NW, Room 4243
Washington, DC 20530
(202) 305-2195
CFloyd1@usa.doj.gov